UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    DONALD A GRIFFIN  
    LISA L GRIFFIN  
            Debtor(s)

Case No. 07-22793

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/05/2007.

2) The plan was confirmed on 02/22/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 12/17/2010.

6) Number of months from filing to last payment: 37.

7) Number of months case was pending: 44.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $17,500.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $34,525.88 |
| Less amount refunded to debtor | $662.32 |

**NET RECEIPTS:** $33,863.56

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,839.10 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,839.10

Attorney fees paid and disclosed by debtor:   $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AASTRO TITLE LENDERS LLC | Secured | 700.00 | 700.00 | 700.00 | 700.00 | 0.00 |
| ACE SA | Unsecured | 3,005.00 | 2,294.00 | 2,294.00 | 1,344.71 | 130.20 |
| AMERICAN CASH N GO | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 500.00 | 4,377.60 | 4,377.60 | 2,566.09 | 248.33 |
| ARROW FINANCIAL SERVICES | Unsecured | 761.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| BAYTREE PROFESSIONAL MGMT SRV | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,053.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS HOSPITAL | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | NA | 225.06 | 225.06 | 131.89 | 12.91 |
| CONSUMER FINANCIAL SVCS CORP | Secured | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 365.66 |
| COUNTRYWIDE HOME LOANS | Secured | 9,005.98 | 5,048.81 | 5,048.81 | 5,048.81 | 0.00 |
| COUNTRYWIDE HOME LOANS | Secured | NA | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 3,856.00 | NA | NA | 0.00 | 0.00 |
| ENH MEDICAL GROUP | Unsecured | 555.00 | NA | NA | 0.00 | 0.00 |
| EVANSTON NORTHWESTERN HEALT | Unsecured | 975.00 | NA | NA | 0.00 | 0.00 |
| GASTROENTEROLOGY CONSULTANT | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| GURNEE RADIOLOGY CENTER | Unsecured | NA | 178.51 | 178.51 | 104.61 | 10.32 |
| HIGHLAND PARK DENTAL CARE | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD BANK | Unsecured | NA | 1,200.13 | 1,200.13 | 703.50 | 68.08 |
| ILLINOIS DEPT REVENUE | Priority | NA | 117.47 | 117.47 | 117.47 | 0.94 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 2,098.67 | 2,098.67 | 1,230.21 | 82.36 |
| INTERNAL REVENUE SERVICE | Priority | 5,568.00 | 3,448.87 | 3,448.87 | 3,448.87 | 64.06 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 205.32 | 205.32 | 120.32 | 11.77 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,183.00 | 1,182.61 | 1,182.61 | 693.23 | 67.15 |
| KENOSHA MEDICAL CTR CLINIC | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL QUICK CASH | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NEWPORT NEWS | Unsecured | 396.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE CARDIOLOGISTS | Unsecured | 394.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NORTH SHORE GAS | Unsecured | 1,595.00 | NA | NA | 0.00 | 0.00 |
| OLIPHANT FINANCIAL CORP | Unsecured | NA | 24.99 | 24.99 | 14.64 | 1.56 |
| OLIVER ADJUSTMENT | Unsecured | 376.00 | 75.00 | 75.00 | 43.96 | 4.52 |
| PAYDAY LOAN | Unsecured | 400.00 | 2,458.43 | 2,458.43 | 1,441.09 | 139.54 |
| PAYDAY LOAN | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS | Unsecured | NA | 2,817.60 | 2,817.60 | 1,651.64 | 159.80 |
| PHYSIOTHERAPY ASSOC | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,278.00 | 1,493.35 | 1,493.35 | 875.38 | 84.68 |
| ROSALIND FRANKLIN UNIV | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| SHORT TERM LOANS LLC | Unsecured | 300.00 | 371.00 | 371.00 | 217.48 | 21.11 |
| TCF NATIONAL BANK | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| UNITED HOSPITAL SYSTEM | Unsecured | NA | 713.62 | 713.62 | 418.31 | 40.43 |
| WALGREENS | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| WOODMANS FOOD MARKET | Unsecured | 216.00 | 215.69 | 215.69 | 126.41 | 12.42 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $5,048.81 | $5,048.81 | $0.00 |
| Debt Secured by Vehicle | $7,200.00 | $7,200.00 | $365.66 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | $12,248.81 | $12,248.81 | $365.66 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,566.34 | $3,566.34 | $65.00 |
| **TOTAL PRIORITY:** | $3,566.34 | $3,566.34 | $65.00 |
| **GENERAL UNSECURED PAYMENTS:** | $19,931.58 | $11,683.47 | $1,095.18 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,839.10 |
| Disbursements to Creditors | $29,024.46 |
| **TOTAL DISBURSEMENTS** : | **$33,863.56** |

UST Form 101-13-FR-S (9/1/2009)

     12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/11/2011                    By: /s/ Glenn Stearns
                                                               Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**